IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT L. APEL,
    Plaintiff,

vs.                                        Case No.: 3:07cv315/RV/EMT

WILLIAM McCOOL, CLERK, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 30, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed, if any.

    Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's claims against Defendants are **DISMISSED with prejudice** as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i, ii).

    3.  Plaintiff's request for voluntary dismissal, filed after the issuance of the report and recommendation, is denied in light of the instant Order.  *See Hines v. Graham*, 320 F.Supp. 2d 511 (N.D. Tex. 2004); *Summer v. Tucker*, 9 F.Supp. 2d 641, 644 (E.D. Va. 1998).

    4.  This action is **DISMISSED** and the clerk is directed to close the file.

    **DONE AND ORDERED** this 28th day of December, 2007.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**